UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

**PPE Supplies, LLC**
               Plaintiff(s),
VS.

**Khan Enterprises General Trading Company, et al**
             Defendant(s),

Case No.:21-cv-00144-CVE-JFJ

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 4/6/2021 at 12:45 PM at the address of 4223 W Lake Sammamish Pkwy NE, Redmond, within King County, WA, the undersigned duly served the following document(s): Summons; Complaint; Corporate Disclosure Statement; Entry of Appearance (Margo E. Shipley); Entry of Appearance (William W. O'Connor) in the above entitled action upon Kaikane, USA, Inc., by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Troy Nishikawa, Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Skin Color: Asian | Age: 55 | Height: 5' 10" | Weight: 170 | Hair: Black

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 4/7/2021
TOTAL: $ 56.40



S
L

J. DeWitt
Registered Process Server
License#: 1030264 - Expiration Date: 6/2/2021
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this 7th day of April, 2021

Shevi D.M. Knopp, Notary Public
My Commission expires on: 3/11/2024