UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

**PPE Supplies, LLC**
  VS.    Plaintiff(s),

**Khan Enterprises General Trading Company, et al.**
    Defendant(s),

Case No.:21-cv-00144-CVE-JFJ

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 4/6/2021 at 12:45 PM at the address of 4223 W Lake Sammamish Pkwy NE, Redmond, within King County, WA, the undersigned duly served the following document(s): Summons; Complaint; Corporate Disclosure Statement; Entry of Appearance (Margo E. Shipley); Entry of Appearance (William W. O'Connor) in the above entitled action upon Troy Nishikawa, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Troy Nishikawa.

Physical description of person served: Gender: Male | Skin Color: Asian | Age: 55 | Height: 5' 10" | Weight: 170 | Hair: Black

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 4/7/2021
TOTAL: $ 56.40

J. DeWitt
Registered Process Server
License#: 1030264 - Expiration Date: 6/2/2021
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this 7th day of April, 2021

Shevi D.M. Knopp, Notary Public
My Commission expires on: 3/11/2024